**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 3:23-CR-62 (OAW) |
| | : |
| MARKOS PAPPAS | : |

**ORDER** granting Motion for Copies of the Local Rules and Standing Orders, ECF No. 171, as to Markos Pappas (12). The Clerk of Court kindly is asked to send copies of the attached to the self-represented defendant, please.

**IT IS SO ORDERED** at Hartford, Connecticut, this 7th day of July, 2023.

_____
OMAR A. WILLIAMS
UNITED STATES DISTRIT JUDGE